

# In the Missouri Court of Appeals
# Eastern District

APRIL 5, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.    ED102769    STATE OF MISSOURI, RES V JOSEPH BARBER, APP

2.    ED102933 PAMELA RAMSEY, APP V STATE OF MISSOURI, RES

3.    ED103152 R.G. ROSS CONSTRUCTION, APP V G.J. GREWE, ETAL RES

4.    ED103187 MARCIA GARLAND, APP V AFT ST. LOUIS LOCAL 420, RES

5.    ED103203 STEVEN GLAZER, APP V CITY OF CHESTERFIELD, RES


**CORRECTION(S):**

1.    ED102182 MICHAEL M. PENNELL, APP V STATE OF MISSOURI, RES